IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN CRUISE LINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-1528 (RGA) |
| | ) | |
| AMERICAN QUEEN STEAMBOAT | ) | |
| OPERATING COMPANY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION AND [PROPOSED] ORDER FOR EXPEDITED PRELIMINARY DISCOVERY AND SCHEDULE RELATED TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff, American Cruise Lines, Inc. ("Plaintiff"), and Defendant, American Queen Steamboat Operating Company, LLC ("Defendant"), by counsel, hereby stipulate and agree to mutual expedited discovery and schedule:

WHEREAS, currently pending before the Court is Plaintiff's Motion for Preliminary Injunction (D.I. 3);

WHEREAS, the parties have agreed to conduct expedited preliminary discovery limited to the subject matter of the pending Motion for Preliminary Injunction prior to conducting a Rule 26(f) conference or exchanging Rule 26(a)(1) disclosures;

WHEREAS, the parties have conferred and agreed to complete such discovery by December 29, 2017;

WHEREAS, the parties have agreed to the following schedule for expedited preliminary discovery and the briefing and hearing on Plaintiff's Motion for Preliminary Injunction:

| Event | Deadline |
|---|---|
| Service by both Plaintiff and Defendant of written discovery requests | Within 2 days following the Court's approval of this Stipulation |

| Event | Deadline |
|---|---|
| Defendant's written discovery responses, and production of documents | At least 2 days prior to the deposition of Defendant as discussed herein |
| Defendant's Answer to Complaint | At least 2 days prior to the deposition of Defendant as discussed herein |
| Deposition of Barbara Davis and such other representative of Defendant as to the following topics (as more specifically set forth in Plaintiff's 30(b)(6) Deposition Notice): Defendant's advertising and marketing practices, webinars, training, sales channels; Defendant's services, vessel features and amenities; Defendant's use of photographs of Plaintiff's vessels; Defendant's publication and dissemination of contested marketing material; Defendant's purpose for contested marketing material and intended benefit; and Defendant's loss or injury from discontinued use of contested material | November 28 – December 7, 2017 |
| Plaintiff's Written Discovery Responses, and Production of Documents | At least 2 days prior to the deposition of Plaintiff as discussed herein |
| Deposition of Charles B. Robertson or such other representative of Plaintiff as to the following general topics (as more specifically set forth in Defendant's 30(b)(6) Deposition Notice): Plaintiff's services and vessel amenities, Plaintiff's marketing practices, the photographs of Plaintiff's vessels used by Defendant, Plaintiff's objections to the alleged offending advertising of Defendant; and Plaintiff's loss of sales, customers, or reputation as a result of the alleged offending advertising | December 26-29, 2017 |
| Defendant's Response to Plaintiff's Motion for Preliminary Injunction | January 8, 2018 |
| Plaintiff's Reply in Support of its Motion for Preliminary Injunction | January 15, 2018 |
| Exchange of Exhibit and Witness Lists for Preliminary Injunction Hearing | January 22, 2018 |
| Exchange of Deposition Designations for Preliminary Injunction Hearing | January 29, 2018 |
| Preliminary Injunction Hearing | ** ~~February 6, 2018 (or such other time to be determined by the Court following this date)~~ ** TBA |

2

WHEREAS, the parties agree that written expedited preliminary discovery shall be limited to ten (10) requests for production of documents and five (5) interrogatories;

WHEREAS, the parties agree that each deposition shall be limited to a total of seven (7) hours of duration as pursuant to Rule 30(d)(1);

WHEREAS, the parties agree that the Local Rules for page limits and formatting as set forth in Local Rule 7.1.3, shall apply to the briefing of this matter.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SCHNADER HARRISON SEGAL & LEWIS LLP |
|---|---|
| /s/ Mary B. Graham | /s/ Richard A. Barkasy |
| Mary B. Graham (#2256) | Richard A. Barkasy (#4683) |
| Jeremy A. Tigan (#5239) | 824 N. Market Street, Suite 800 |
| Stephen J. Kraftschik (#5623) | Wilmington, DE 19801 |
| 1201 N. Market Street | (302) 888-4554 |
| P.O. Box 1347 | rbarkasy@schnader.com |
| Wilmington, DE 19899-1347 | *Attorneys for HMS American Queen* |
| (302) 658-9200 | *Steamboat Company LLC and American* |
| mgraham@mnat.com | *Queen Steamboat Operating Company, LLC* |
| skraftschik@mnat.com | |
| *Attorneys for American Cruise Lines, Inc.* | |

November 27, 2017

SO ORDERED this 28 day of Nov, 2017.

_____
United States District Judge

3