IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN CRUISE LINES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 17-1528 (RGA) |
| AMERICAN QUEEN STEAMBOAT OPERATING COMPANY, LLC, | ) ) ) ) |
| Defendant. | ) |

**STIPULATION AND ORDER OF DISMISSAL**

WHEREAS, on June 14, 2018, the parties signed a Term Sheet which resolves the disputes in the above-captioned action;

WHEREAS, under paragraph 5 of the Term Sheet, if the parties did not memorialize a settlement agreement within 30 days (i.e., July 14, 2018), the Term Sheet would operate as the complete settlement agreement;

WHEREAS, the Term Sheet has become operative as the complete settlement agreement because the parties have not memorialized a settlement agreement and did not seek any extension of time to memorialize a settlement agreement before the July 14, 2018 deadline set forth in the Term Sheet;

Plaintiff American Cruise Lines, Inc. and Defendant American Queen Steamboat Operating Company, LLC, through their undersigned attorneys, subject to the approval of the Court, hereby stipulate to dismiss this action in its entirety with prejudice. Each party shall bear its own costs and attorneys' fees. The terms of the Term Sheet are incorporated by reference into this Stipulation and Order of Dismissal, and the United States District Court for the District of Delaware shall retain jurisdiction to enforce and resolve any disputes between the parties arising under the Term Sheet.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SCHNADER HARRISON SEGAL & LEWIS LLP |
| /s/ *Stephen J. Kraftschik* | /s/ *Richard A. Barkasy* |
| Jeremy A. Tigan (#5239) | Richard A. Barkasy (#4683) |
| Stephen J. Kraftschik (#5623) | 824 N. Market Street, Suite 800 |
| 1201 N. Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | (302) 888-4554 |
| Wilmington, DE 19899-1347 | rbarkasy@schnader.com |
| (302) 658-9200 | *Attorneys for American Queen Steamboat Operating Company, LLC* |
| jtigan@mnat.com | |
| skraftschik@mnat.com | |
| *Attorneys for American Cruise Lines, Inc.* | |

August 24, 2018

SO ORDERED this __24__ day of August, 2018.

_____
United States District Judge